**DIVIDENDS REMITTED TO THE COURT**
Check Number 120 Dated 11/23/10
Case Number 09-21053 - CHAMPION, JEFFREY

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701<br>1003 | 000003 | 199.33 | 2.73 |
| Time Warner Cable NEO<br>P.O. Box 0901<br>Carol Stream IL 60132<br>4801 | 000006 | 105.45 | 1.45 |
| ---------- Remittance Total --------------- | | 304.78 | 4.18 |

DAVIS, STEVEN S., Trustee

CK#120

FILED 2010 NOV 24 PM 1:07
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND